# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Steve Hammack | ) | Case No.: 18-83750-CRJ-7 |
| SSN: xxx-xx-8369 | ) | |
| | ) | |
| Marcia Hammack | ) | |
| SSN: xxx-xx-9359 | ) | |
| | ) | |
| Debtors. | ) | Chapter 7 |

## STATUS REPORT

COMES NOW the Trustee, Tazewell T. Shepard, and notifies the Court of the status of his liquidation of assets and distribution in the above-styled Chapter 7 case. The Trustee is still investigating various assets, including the liquidation of Debtor's minority membership interest in an LLC, for any value they may have for the benefit of the Estate. Currently there is nothing new to report. The Trustee will advise the court on the status of this case in the next 90 days.

Respectfully submitted this the 3rd day of May, 2022.

*/s/ Tazewell T. Shepard*
Tazewell T. Shepard
*Trustee in Bankruptcy*
**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, Alabama 35804
Tel: (256) 512-9924
Fax: (256) 512-9837

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing document on Richard M. Blythe, Esq., Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602 by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage prepaid this the 3rd day of May 2022.

*/s/ Tazewell T. Shepard*
Tazewell T. Shepard